JEAN R. COOK and Another, Plaintiffs, *v.* A. GARSIDE & SONS, INC., Defendant.

Supreme Court, New York County, July 8, 1932.

*Coan & Coan,* for the plaintiffs.

*Latson & Tamblyn,* for the defendant.

COHN, J.  In *MacPherson* v. *Buick Motor Co.* (217 N. Y. 382, at p. 389) the court, CARDOZO, J., writing the opinion, said: "There must be knowledge of a danger, not merely possible, but probable. It is *possible* to use almost anything in a way that will make it dangerous if defective. That is not enough to charge the manufacturer with a duty independent of his contract." The application of this language to the instant case requires the granting of the motion to dismiss the complaint. Although injury was a possible consequence of the defective construction of the heel, it was not a probable result. An ordinary heel of a shoe is not an article that is reasonably certain to place life and limb in peril when negligently constructed. (See, also, *Field* v. *Empire Case Goods Co.,* 179 App. Div. 253.)

The motion is granted, with ten dollars costs, and the complaint dismissed. Order signed.